# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

**MICKEE THOMAS**                                                                                                           **PLAINTIFF**

v.                                                                                                                         **NO. 3:24-cv-440-BJB**

**UBER TECHNOLOGIES, INC., ET AL.**                                                                          **DEFENDANTS**

\* \* \* \* \*

## ORDER ADOPTING REPORT & RECOMMENDATION

Defendant Irvins Alberni Vera moved to dismiss the claims against him for insufficient service of process or to quash the proof of service. DN 24. Plaintiff Mickee Thomas opposed the motion, DN 25, and, in the alternative, requested an extension of time to perfect service, DN 34. The Court referred the matter to Magistrate Judge Edwards for a Report and Recommendation. DN 35.

Judge Edwards recommended denying Vera's motion to dismiss. Thomas, the report concluded, properly served Vera by leaving the summons and complaint with an individual of suitable age and discretion—Jhoan Sanchez—at an address where Vera was residing and paying rent at the time. This satisfied the requirements for service at a "dwelling or usual place of abode" under Federal Rule of Civil Procedure 4(e)(2)(B). Report and Recommendation (DN 36) at 11. Judge Edwards also recommended denying Thomas's third extension motion as moot given the sufficiency of service. *Id.*

No party has objected to the Report and Recommendation. So the law allows this Court to adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has reviewed and finds no error in Judge Edwards's conclusions. Accordingly, the Court adopts the Report and Recommendation (DN 36), denies Vera's motion to dismiss or to quash the proof of service (DN 24), and denies as moot Thomas's third motion for extension of time to serve a summons (DN 34). The Court further orders Vera to file an answer to Thomas's complaint within 21 days of this order.